## (December 5, 1972)

■ DARIJA CIZMIN, as Administratrix of the Estate of SALVO CIZMIN, Deceased, Respondent-Appellant, v. BERMAN LEASING Co. et al., Appellants, and NEW YORK CITY TRANSIT AUTHORITY, Respondent. NEW YORK CITY TRANSIT AUTHORITY, Third-Party Plaintiff-Appellant, v. DYNAMIC PAINTING & DECORATING CORP., Third-Party Defendant-Respondent. — In an action to recover damages for wrongful death, cross appeals from a judgment of the Supreme Court, Bronx County, entered October 28, 1971, in favor of the plaintiff-respondent-appellant in the sum of $521,236 which was entered on a jury verdict in favor of the plaintiff in the sum of $400,000. Judgment unanimously modified, on the law and on the facts, so as to vacate the award to plaintiff in the total sum of $521,236 against defendants-appellants, and to direct a new trial as between the plaintiff-respondent-appellant and defendants-appellants on the issue of damages, with costs and disbursements to abide the event, and otherwise affirmed, without costs and without disbursements, unless the plaintiff-respondent-appellant, within 20 days of service upon her by the defendants-appellants of a copy of the order entered herein, serves and files in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict to $150,000 and to the entry of an amended judgment in accordance therewith, in which event the judgment, as so amended and reduced, is affirmed, without costs and without disbursements. In our opinion the amount awarded by the jury was excessive and a verdict in excess of the amount indicated is not warranted on this record. Concur — Stevens, P. J., McGivern, Nunez, Tilzer and Capozzoli, JJ.

■ HELEN C. ROSCH, Respondent, v. GEORGE C. ROSCH, Appellant. — Order, Supreme Court, New York County, entered on July 28, 1972, unanimously affirmed, without costs and without disbursements. The stay of the trial of the action contained in the order of this court entered on September 28, 1972 is vacated. No opinion. Concur — Stevens, P. J., Murphy, McNally, Steuer and Tilzer, JJ.

■ In the Matter of the DEPARTMENT OF RENT AND HOUSING MAINTENANCE OF THE CITY OF NEW YORK, Appellant, v. KENBROOK REALTY CORP., Respondent. — Order of the Supreme Court, New York County, entered May 11, 1972, declaring respondent to be in default of the stipulation dated and approved by the court March 1, 1971, unanimously modified, on the law, the facts and in the exercise of discretion, to the extent of vacating the order of the Supreme Court, New York County, approved March 1, 1971, by reason of respondent's said default, and reinstating the order of August 10, 1970 appointing a receiver pursuant to subdivision 5 of section 309 of the Multiple Dwelling Law, and as so modified, affirmed. Appellant shall recover of respondent $60 costs and disbursements of this appeal. Under the express language of the stipulation approved March 1, 1971, the respondent is in default thereunder and this record presents no cogent reason for relief to the owner. Concur — McGivern, J. P., Nunez, Kupferman, McNally and Capozzoli, JJ.